**Opinion filed April 4, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00329-CR

_____

## MICHAEL STOGLIN, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 358th District Court**
**Ector County, Texas**
**Trial Court Cause No. D-17-1911-CR**

## M E M O R A N D U M   O P I N I O N

Appellant, Michael Stoglin, has filed a motion to dismiss this appeal. In the motion, Appellant asks that his notice of appeal be withdrawn and that this appeal be dismissed. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

April 4, 2019                                                                  PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.